FILED

2021 JUL 14 AM 10: 23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | CASE NUMBER **21MJ03310** |
| PLAINTIFF(S) | CR-21-1600-TUC-SHR(BGM) |
| v. | |
| Bartolo ALVAREZ-Gonzalez | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Homeland Secuirty Investigations
in the District of Arizona on July 7, 2021
at 04:59 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about December 31, 2020
in violation of Title 8 U.S.C., Section(s) 1324(a)(1)(A)(v)(I), (A)(ii), (A)(iii),(a)(1)(B)(i)
to wit: Conspiracy to Transport and Harbor Illegal Aliens for Profit

A warrant for defendant's arrest was issued by: K. Hughes, Deputy Clerk

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Arrest Warrant and Indictment

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/14/21
             Date

DAVID A ROCHA  *Digitally signed by DAVID A ROCHA*
*Date: 2021.07.14 09:11:02 -07'00'*

| Signature of Agent | David Rocha |
| | Print Name of Agent |

| HSI | Special Agent |
| Agency | Title |

CR-52 (03/20)       DECLARATION RE OUT-OF-DISTRICT WARRANT